IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:11CR256
                               )
     v.                        )
                               )
BRONSON BIRDOW,                )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 63). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the disposition hearing is rescheduled for:

**Thursday, January 9, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 28th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court