IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:11CR256
                               )
      v.                       )
                               )
BRONSON BIRDOW,                )        ORDER
                               )
              Defendant.       )
_____)
```

On March 12, 2014, the defendant appeared with counsel on a petition for warrant or summons for offender under supervision (Filing No. 36). Defendant was present and represented by Dana C. Bradford, III. Plaintiff was represented by Kimberly C. Bunjer, Assistant United States Attorney.

The defendant admitted Allegation No. 2 contained in the petition, and the Court found the defendant to be in violation of conditions of his supervised release. The plaintiff dismissed Allegation No. 1. The Court then proceeded to a dispositional hearing.

IT IS ORDERED:

1) The defendant is placed back on supervised release until September 13, 2014, with the additional condition that the defendant immediately enroll in and attend an Anger MRT class.

2) Special Condition No. 4 is rescinded.

3)  All other terms and conditions previously imposed remain in full force and effect.

DATED this 12th day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court